IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALDINE BRAUER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 11-cv-180-JPG-PMF |
| BECHTEL CONSTRUCTION COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** February 17, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE